No. 83–6346. TICHNELL v. MARYLAND; and CALHOUN v. MARYLAND. Ct. App. Md.;

No. 83–6430. HENRY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;

No. 83–6459. LUKE v. ALABAMA. Sup. Ct. Ala.;

No. 83–6527. KIRKPATRICK v. LOUISIANA. Sup. Ct. La.;

No. 83–6568. BATTLE v. MISSOURI. Sup. Ct. Mo.; and

No. 83–6583. FOSTER v. STRICKLAND, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. Reported below: No. 83–6346, 297 Md. 432, 468 A. 2d 1 (first case), 297 Md. 563, 468 A. 2d 45 (second case); No. 83–6430, 721 F. 2d 990; No. 83–6459, 444 So. 2d 400; No. 83–6527, 443 So. 2d 546; No. 83–6568, 661 S. W. 2d 487; No. 83–6583, 707 F. 2d 1339.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.